473 A.2d 1014

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**A. Benjamin JOHNSON, Jr., Respondent.**

**Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Argued April 13, 1984.

Decided April 16, 1984.

Samuel D. Miller, III, John W. Herron, Asst. Disciplinary Counsels, Philadelphia, Allen B. Zerfoss, Chief Disciplinary Counsel, Harrisburg, for petitioner.

Richard A. Sprague, Hillel S. Levinson, Philadelphia, for respondent.

ORDER

PER CURIAM.

Upon consideration of the record, briefs, and argument of counsel, it is hereby ORDERED that A. Benjamin Johnson, Jr., be and he is SUSPENDED for a period of two years retroactive to and to run concurrently with the present three month and twenty-one month suspensions. Respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.